# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 12-CV-5401                                    Date Filed: 10/26/2012

Plaintiff:
**PHILLIP CHRISTON**

vs.

Defendant:
**CITY OF NEW YORK, ET AL**

For:
Jennifer Bonjean
JENNIFER BONJEAN, ESQ.

,

Received by GUARANTEED SUBPOENA** on the 26th day of October, 2012 at 6:13 pm to be served on **CITY OF NEW YORK, NEW YORK CITY LAW DEPT, 100 CHURCH STREET, NEW YORK, New York County, NY 10007**.

I, Mohamed Bouri, being duly sworn, depose and say that on the **8th day of November, 2012** at **5:41 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS & COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DIMITRY ARANOV** as **SERVICE WINDOW CLERK**, who verbally declared he/she is duly authorized to accept such service on behalf of **CITY OF NEW YORK**, at the address of: **100 CHURCH STREET, NEW YORK, New York County, NY 10007**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Balding, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State: New York
County: Kings

Subscribed and Sworn to before me on the 9th day of November, 2012 by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained..

NOTARY PUBLIC

TATIANA N. PURI
Notary Public, State of New York
NO. 01PU6268383
Qualified in Queens County
Commission Expires September 04, 2016

Mohamed Bouri  11/9/12
1278466

**GUARANTEED SUBPOENA****
2009 Morris Avenue
Union, NJ 07083
(800) 672-1952

Our Job Serial Number: BNP-2012003070
Ref: 20121026163229
Service Fee: _____




Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m