**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



Index no : **12 CV 5401**
Office No: 20121126141615

| Plaintiff(s): | **PHILLIP CHRISTON** |
|---|---|
| Defendant(s): | **CITY OF NY, ET AL** |

STATE OF NEW YORK COUNTY OF QUEENS          ss.:
I (Felix Vazquez) being duly sworn deposes and says I am over the age of 18 and reside in New York State.

On **11/29/2012** at **12:48 PM**, I served the within **SUMMONS AND COMPLAINT** on **P.O. JUSTIN SMITH, SHIELD NO. 6812** at **71ST PRECINCT, 421 EMPIRE BLVD, Brooklyn, NY 11225** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **P.O. SWIENT , CO-WORKER** a person of suitable age and discretion. Person spoken to stated that said premises is intended recepients ~~residence~~ within the state.

*place of business*

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Male | Black | Black | 43 | 5ft10in | Over 200lbs |
| Other Features: | | | | | |

On **12/03/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant(s)** at **71ST PRECINCT, 421 EMPIRE BLVD, Brooklyn, NY 11225**. That address being the **actual place of business of the Defendant(s)**. Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service of the State of New York or a dependant or anybody in the military and was told defendant and/or present occupant was not.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
12/03/2012

Nicholas Rivera
Notary Public, State of New York
No. 01RI6208198
Qualified in Kings County
Commission Expires 6/22/13

X_____
Felix Vazquez
License#: 1076009
Guaranteed Subpoena
2009 Morris Avenue
Union, NJ 07083
1800-672-1952



